## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Lewis, Vatisha R

Printed: 11/11/08

Case Number:  08 B 12212
Judge:  Hollis, Pamela S
Filed:  5/14/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed:  September 29, 2008
Confirmed:  July 14, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,464.00 | 0.00 |
| 2. | Gateway Financial | Secured | 0.00 | 0.00 |
| 3. | Educational Credit Management Corp | Unsecured | 0.00 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 42.60 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 495.00 | 0.00 |
| 6. | Premier Bankcard | Unsecured | 42.67 | 0.00 |
| 7. | Americas Financial Choice Inc | Unsecured | 26.65 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 51.97 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 31.87 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 172.94 | 0.00 |
| 11. | Jefferson Capital Systems LLC | Unsecured | 156.20 | 0.00 |
| 12. | Jefferson Capital Systems LLC | Unsecured | 22.36 | 0.00 |
| 13. | Aaron Rents | Unsecured | | No Claim Filed |
| 14. | Aaron Rents | Unsecured | | No Claim Filed |
| 15. | Fast Cash Advance | Unsecured | | No Claim Filed |
| 16. | Americas Recovery Network | Unsecured | | No Claim Filed |
| 17. | AFNI | Unsecured | | No Claim Filed |
| 18. | Greater Chicago Finance | Unsecured | | No Claim Filed |
| 19. | PLS Payday Loan Store | Unsecured | | No Claim Filed |
| 20. | National Quick Cash | Unsecured | | No Claim Filed |
| 21. | Collection | Unsecured | | No Claim Filed |
| 22. | R & R Country Motors | Unsecured | | No Claim Filed |
| 23. | Superior Mortgage | Unsecured | | No Claim Filed |
| | | | $ 4,506.26 | $ 0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Lewis, Vatisha R

Printed: 11/11/08

Case Number:  08 B 12212

Judge:  Hollis, Pamela S

Filed:  5/14/08

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|----------|-----------|
|          | $ 0.00    |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

